■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID RODRIGUEZ, Appellant. [955 NYS2d 867]

The court providently exercised its discretion in declining to grant defendant a downward departure (*see People v Pettigrew*, 14 NY3d 406, 409 [2010]). The mitigating factors he cites were outweighed by the seriousness of the underlying sex crime, which resulted in the death of the victim, as well as by defend-

ant's criminal history and his prison disciplinary infractions. Defendant has not established that his medical condition eliminates any significant risk of reoffense. Concur—Friedman, J.P., Acosta, Renwick, Richter and Román, JJ.